# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No.: CR 99-154-CBM
                                    )
           Plaintiff,               )
                                    )
    vs.                             )   ORDER OF DETENTION AFTER HEARING
                                    )   [Fed.R.Crim.P. 32.1(a)(6);
SHEMIAH MARKETH CHANDLER            )   18 U.S.C. 3143(a)]
                                    )
           Defendant.               )
_____)

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist., CA for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on new convictions while on S.R., including resisting police officer

1 _____

2 _____

3 _____

4      and/or

5 B.   ( )  The defendant has not met his/her burden of establishing by

6       clear and convincing evidence that he/she is not likely to pose

7       a danger to the safety of any other person or the community if

8       released under 18 U.S.C. § 3142(b) or (c). This finding is based

9       on:_____

10 _____

11 _____

12 _____

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

17 Dated:   9/12/11

                                  [signature]

20                                  UNITES STATES MAGISTRATE JUDGE